# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeffrey Allen Pittman,<br><br>                            Plaintiff,<br><br>    v.<br><br>HomEq Servicing Corporation, and Does 1 through 10, inclusive,<br><br>                            Defendants. | CASE NO. 09 CV 0241 JM (AJB)<br><br>**ORDER GRANTING JOINT MOTION TO SUBSTITUTE DEFENDANT DOE 1, AND CHANGE NAME OF DEFENDANT HOMEQ SERVICING CORPORATION**<br><br>Doc. No. 12 |

For good cause appearing, the joint motion of Plaintiff Jeffrey Allen Pittman and Defendant HomEq Servicing Corporation for an Order allowing substitution of DOE 1, and to change the name of Defendant HomEq Servicing Corporation in the above-captioned matter is hereby **GRANTED**.

Deutsche Bank National Trust Company as Trustee under Pooling and Servicing Agreement dated as of April 1, 2006 Morgan Stanley ABS Capital I Inc. Trust 2006-NC3 Mortgage Pass-through Certificates, Series 2006-NC3 is hereby substituted as Defendant DOE 1, and the name of Defendant HomEq Servicing Corporation is hereby changed to Barclays Capital Real Estate, Inc. d/b/a HomEq Servicing Corporation.

**IT IS SO ORDERED.**

DATED: March 30, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge